FILED
 2014 Jun-12  AM 10:32
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ABDIAZIZ ALI MIRE,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No.: 4:14-cv-0887-RDP-JEO |
| **SCOTT HASSELL, et al.,** | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (Doc. 7), filed June 9, 2014. In their motion, Respondents note that Petitioner was removed from the United States on June 2, 2014. (Doc. 7-1). Because Petitioner has been removed, the court can no longer provide him with meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed without prejudice. A separate Order will be entered.

**DONE** and **ORDERED** this ____12th____ day of June, 2014.

  
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE